# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA

    v.

ERNEST L. HALL,
[DOB: 05/07/1963]

**COUNTS ONE and TWO**:
*(Felon in Possession of a Firearm)*
18 U.S.C. §§ 922(g)(1) and 924(a)(8)
NMT 15 Years' Imprisonment
NMT $250,000 Fine
NMT 3 Years' Supervised Release
Class C Felony

$100 Mandatory Special Assessment (Each Count)

## CRIMINAL COMPLAINT

### Case Number: 24-MJ-00162-JAM(WBG)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
#### *(Felon in Possession of a Firearm)*

On or about November 25, 2024, in the Western District of Missouri, the defendant, ERNEST L. HALL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: an Anderson Manufacturing, model AM-15, pistol, bearing serial number 24115968, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT TWO
#### *(Felon in Possession of a Firearm)*

On or about November 26, 2024, in the Western District of Missouri, the defendant, ERNEST L. HALL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Taurus, model G2G, 9mm pistol, bearing serial number TLM86436, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

(See attached Affidavit)

DEREK GARTH
Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

By telephone at 3:11 pm
Sworn to ~~before me~~ and subscribed ~~in my presence,~~

_____November 27, 2024_____          at          Kansas City, Missouri
Date                                                      City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer